IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ANIBAL HERNANDEZ MONTANEZ

DEBTOR(S)

CASE NO. 16-00589-ESL

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on 03/02/2016. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: $9.00

3. With respect to the attached payment plan:

PLAN DATE: January 29, 2016        PLAN BASE: $9,000.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 3/14/2016

[ ] FAVORABLE                      [X] UNFAVORABLE

[X] OTHER:

Plan proposes to pay a co-debtor claim; however, debtor is the co-debtor and his daughter was the one who benefited from the debt. Trustee objects this preferential.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$132.00/$2,868.00

Atty: ROBERTO FIGUEROA

/s/ Andrew Jimenez
Andrew Jimenez

USDC #226510
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - LV